UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE CONSULATE GENERAL OF THE REPUBLIC OF INDONESIA IN SAN FRANCISCO,<br><br>Plaintiff, | Case No. 22-mc-80211-DMR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 1-3 |

On August 17, 2022, Plaintiff submitted a "Notification of the Content of Decision" along with an "Acknowledgement Receipt of Judicial Document from Indonesian Court" and a letter directed to this court. [Docket Nos. 1-3.] The decision appears to be a divorce decree from the Central Jakarta, Indonesia Religious Court issued on June 7, 2022. [Docket No. 1.] The Indonesian court also requests that this court serve the divorce decree on an individual in Dublin, California, along with an acknowledgement of receipt by that individual. *Id.* Plaintiff filed a form "acknowledgement receipt" with a note to "[p]lease send back this receipt to the Indonesian consulate general." [Docket No. 2.] Plaintiff's letter seeks to forward the religious court's decree and "letter of requests for international judicial assistance" and requests a return receipt. [Docket No. 3.]

Having reviewed Plaintiff's submission, the court orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and [federal] statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Plaintiff's submission does not explain what authority confers jurisdiction over this matter. By **October 3, 2022**, Plaintiff shall submit a statement setting forth the relevant legal authorities for this court to grant the relief

it seeks.

      The court also notes that Plaintiff is self-represented. This district's local rules only permit "natural persons" to represent themselves without an attorney. N.D. Civ. L.R. 3-9(a).[1] "A corporation, unincorporated association, partnership, or other such entity may appear only through a member of the bar of this Court." Because Plaintiff is an entity, it must be represented by a lawyer admitted to practice before this court. Plaintiff must retain legal representation and file a notice of appearance of counsel by **October 3, 2022**.

      Plaintiff's failure to respond to this order and appear through counsel may result in the dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 2, 2022



Judge Donna M. Ryu
United States Magistrate Judge

---

[1] Available at https://www.cand.uscourts.gov/rules/civil-local-rules/.