UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE CONSULATE GENERAL OF THE REPUBLIC OF INDONESIA IN SAN FRANCISCO<br><br>Plaintiff | Case No. 22-mc-80211-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On August 17, 2022, Plaintiff submitted a "Notification of the Content of Decision" along with an "Acknowledgement Receipt of Judicial Document from Indonesian Court" and a letter directed to this court.  [Docket Nos. 1-3.]  On September 2, 2022, the court issued an Order to Show Cause requiring Plaintiff to submit a written statement by no later than October 3, 2022, explaining why this case should not be dismissed for lack of jurisdiction.  [Docket No. 4.]  Additionally, the court ordered Plaintiff to retain legal representation and file a notice of appearance of counsel by the same date.  The Order to Show Cause stated that failure to respond by October 3, 2022 may result in the dismissal of this action.  Plaintiff has not filed a response or a notice of appearance of counsel.  Accordingly, this matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 13, 2022

Donna M. Ryu
United States Magistrate Judge